UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
NIVAGEN PHARMACEUTICALS, INC., :
:
                                  Plaintiff, :               17-CV-7854 (GBD) (OTW)
:
           -against- :                       **ORDER**
:
FLAMINGO PHARMACEUTICALS, LTD., :
:
                              Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status letter. (ECF 57). The fact discovery deadline is hereby extended to **February 28, 2020**. The Court will hold a Status Conference on **Thursday, February 6, 2020 at 10:00 a.m.** in Courtroom 20D.

       **SO ORDERED.**

                                                                   *s/ Ona T. Wang*
Dated: December 13, 2019                                     **Ona T. Wang**
      New York, New York                       United States Magistrate Judge