UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NIVAGEN PHARMACEUT,

                Plaintiff,

    -against-

FLAMINGO PHARMACEUTICALS, LTD.,

                Defendant.

------------------------------------- x

ORDER

17 Civ. 7854 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 5, 2020
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge